1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  JAMIE A. RADACK (SBN 221000)
   jradack@hayesscott.com
4  HAYES SCOTT BONINO ELLINGSON
   GUSLANI SIMONSON & CLAUSE LLP
5  999 Skyway Road, Suite 310
   San Carlos, CA 94070
6  Telephone: (650) 637-9100
   Facsimile: (650) 637-9101
7
   Attorneys for Defendant
8  STATE FARM GENERAL INSURANCE COMPANY

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  LORI DOCHERTY, an individual, and DESMOND DOCHERTY, an individual<br>13<br>    Plaintiffs,<br>14<br>    vs.<br>15<br>    STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; and DOES 1 - 10,<br>16<br>17<br>    Defendants.<br>18 | CASE NO. 4:20-cv-03493-PJH<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

19

20      IT IS HEREBY STIPULATED by plaintiffs Lori Docherty and Desmond Docherty by and

21 through their attorney of record, Dylan Schaffer, Esq. of Kerley Schaffer LLP and defendant State

22 Farm General Insurance Company through their attorney of record Stephen P. Ellingson of Hayes

23 Scott Bonino Ellingson Guslani Simonson & Clause, LLP, that the above-captioned action be, and

24 hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule

25 41(a)(1).

26 / / /

27 / / /

28 / / /

1934871

**STIPULATION OF DISMISSAL; ORDER - CASE NO. 4:20-cv-03493-PJH**

| | | |
|---|---|---|
| Dated: May 17, 2022 | | KERLEY SCHAFFER LLP |
| | By | */S/ Dylan Schaffer* |
| | | DYLAN SCHAFFER |
| | | Attorneys for Plaintiffs |
| | | LORI DOCHERTY |
| | | DESMOND DOCHERTY |
| Dated: May 17, 2022 | | HAYES SCOTT BONINO ELLINGSON GUSLANI SIMONSON & CLAUSE LLP |
| | By | */s/ Stephen P. Ellingson* |
| | | STEPHEN M. HAYES |
| | | STEPHEN P. ELLINGSON |
| | | JAMIE A. RADACK |
| | | Attorneys for Defendant |
| | | STATE FARM GENERAL INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

Dated: 5/18/2022

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA